EASTERN DIST.
*January*, 1840.

SAILLARD
*vs.*
TURNER ET AL.

</div>

---

## SAILLARD *vs.* TURNER ET AL.

### APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

Want of amicable demand specially pleaded and shown, saved the defendant the costs of *the original citation;* and also those of appeal by reversing the judgment.

This is a suit, on a promissory note, against the maker and endorser. The defendants pleaded a general denial and want of amicable demand. The only evidence in the case is the protest, and certificate of the notary, of notice given to the parties. There is no proof of an amicable demand being made before institution of suit. There was a verdict and judgment for the amount of the note sued on, against the defendants, and they appealed.

*Bodin*, for the plaintiff.

*Smith*, contra.

*Bullard, J.*, delivered the opinion of the court. .

In this case the record contains no proof of amicable demand, the want of which is specially pleaded.

It is, therefore, ordered, that the judgment be reversed, and that the plaintiff recover, of the defendants, *in solido*, eleven hundred and seventy-five dollars, with interest, at five per cent., from the 3d July, 1838, and four dollars, cost of protest, together with the costs of the Parish Court, except those of the original citation, and that the appellee pay the costs of appeal.